SERRALLÉS, DEMANDANTE Y APELANTE, *v.* BENEDICTO, TESORERO DE PUERTO RICO, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre devolución de contribuciones.

Nos. 2604, 2605 y 2607.—Resueltos en marzo 17, 1922, por los fundamentos del caso No. 2603, *Serrallés* v. *Benedicto, Tesorero de Puerto Rico,* de marzo 17, 1922.

Abogados del apelante: *Sres. Texidor y de la Haba.*

Abogados del apelado: *Hon. Attorney General y Sres. Carlos Llauger y R. H. Todd, Jr.*

> *Revocada la sentencia apelada y devuelto el caso.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.

---

NEWMAN, DEMANDANTE Y APELANTE, *v.* BENEDICTO, TESORERO DE PUERTO RICO, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre devolución de contribuciones.

No. 2606.—Resuelto en marzo 17, 1922, por los fundamentos del caso No. 2603, *Serrallés* v. *Benedicto, Tesorero de Puerto Rico,* de marzo 17, 1922.

Abogados del apelante: *Sres. Texidor y de la Haba.*

Abogados del apelado: *Hon. Attorney General y Sres. Carlos Llauger y R. H. Todd, Jr.*

> *Revocada la sentencia apelada y devuelto el caso.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.